DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Defendant
      Jia Huan Chen

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. No. CR-03-00016-ARM-003 |
| Plaintiff - Appellee | |
| v. | **NOTICE OF OBJECTION TO AMENDED PRESENTENCE INVESTIGATION REPORT** |
| JIA HUAN CHEN, | |
| Defendant – Appellant | |

COMES NOW, Defendant – Appellant Jia Huan Chen, through his counsel Danilo T. Aguilar, Esq. hereby submits to this court his notice of objection described below to the amended presentence investigation report that was received from the court on December 13, 2007:

Paragraphs 45 & 26 on page 10 should not be included. Pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc), paragraphs 45 & 46 should be stricken. Accordingly, the adjusted offense indicated in paragraphs 50 and 52, should be 20 not 26.

1    Respectfully submitted this 13th day of December 2007.

             /s/*Danilo T. Aguilar*
             DANILO T. AGUILAR, F0198
             Attorney for Defendant-Appellant

2