**ChenWanxiang.rem**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-1059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00016 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PETITION TO REMIT SPECIAL ASSESSMENT FEE |
| WAN XIANG CHEN, | ) | [18 U.S.C. § 3573] |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant WAN XIANG CHEN and in support hereof, states as follows:

1. On January 13, 2004, sentence was imposed by this Court against Defendant WAN XIANG CHEN.  Among other things, a $400.00 special assessment fee was ordered.  The total amount now owed by said Defendant towards the special assessment fee is $150.00.

2. Upon information received from the Bureau of Prisons, defendant WAN XIANG CHEN's, status is "INS Detainee removed."

3 No valid address is available for defendant.

//

//