ChenWanXiang.remord

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

F I L E D
Clerk
District Court

FEB -1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAN XIANG CHEN, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 03-00016<br><br>O R D E R<br><br>Re: United States Petition to Remit<br>Special Assessment Fee |

Based upon the Plaintiff's Petition to Remit Special Assessment Fee, the Court hereby finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the special assessment fee is not likely to be effective. Likewise, the Court finds that it is in the interest of justice to remit the defendant's unpaid special assessment fee. Accordingly, the Court orders that the defendant's special assessment fee is remitted.

**SO ORDERED**, this __1st__ day of __February__, 2008.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Nothern
Mariana Islands