FILED
Clerk
District Court

SEP -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00016 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| CHEN, JIA HUAN | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorney of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 2nd day of September, 2008.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187                    **EXHIBIT AND WITNESS LIST**

| | | | | | |
|---|---|---|---|---|---|
| U.S.A. -vs- CHEN, JIA HUAN | | | District Court<br>NORTHERN MARIANA ISLANDS | | |
| Government's Attorney<br>Gregory Baka, AUSA | | Defendant's Attorneys<br>Danilo Aguilar, Esq. | Docket Number: CR-03-00016<br>Trial Date(s): December 8 & December 9, 2003 | | |
| Presiding Judge<br>Alex R. Munson | | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>K. Lynn Lemieux | | |

FILED Clerk District Court DEC 1 0 2003 For The Northern Mariana Islands By_____ (Deputy Clerk)

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/08/03 | | | LIU, Wen Hua |
| (1) | | 12/09/03 | 12/09/03 | 12/09/03 | Video |
| (2) | | 12/09/03 | 12/09/03 | 12/09/03 | Transcript of Video |
| W2 | | 12/09/03 | | | GAO, Hui Liang |
| W3 | | 12/09/03 | | | AUTHER, Joseph (FBI Agent) |
| | W1 | 12/09/03 | | | CHEN, Wei Jun |
| | (B) | 12/09/03 | 12/09/03 | 12/09/03 | Plea Agreement of Chen, Wei Jun |
| | W2 | 12/09/03 | | | CHEN, Wan Xiang |
| | (A) | 12/09/03 | 12/09/03 | 12/09/03 | Plea Agreement of Chen, Wan Xiang |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

31